# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1328

_____

| | | |
|---|---|---|
| Cynthia Miller, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| | * | |
| Gloria Powell; Odell Embry; Hilda | * | |
| Canada; Arkansas Department of | * | [UNPUBLISHED] |
| Human Services, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 6, 2007
Filed: June 8, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Cynthia Miller appeals from the district court's[1] adverse grant of summary judgment in her action alleging unlawful race discrimination and retaliation, in violation of Title VII. Having carefully reviewed the record, see Kratzer v. Rockwell Collins, Inc., 398 F.3d 1040, 1043 (8th Cir. 2005) (de novo standard of review), we

_____

[1]The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota, sitting by designation in the Eastern District of Arkansas.

agree that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We deny Miller's pending motion.

_____